IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
*In re*                                                      :    Chapter 11
                                                             :
**TRANSFORMATION TECH**                                      :    Case No. 20–12970 (MFW)
**INVESTORS, INC.,**                                         :
                                                             :
Debtor.[1]                                                   :    Re: D.I. 5, 48 & 49
------------------------------------------------------------ x

## NOTICE OF (I) CANCELLATION OF AUCTION AND
## (II) DESIGNATION OF THE STALKING HORSE AS THE SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that, on November 11, 2020 (the "**Petition Date**"), the above-captioned debtor (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on the Petition Date, the Debtor filed a motion (the "**Bidding Procedures Motion**")[2] with the Court seeking entry of an order, among other things, granting the following relief in connection with the Debtor's proposed sale of the Debtor's membership interest in its wholly-owned subsidiary, Interface Security Systems, L.L.C. (the "**Sale**", and the interests, the "**Membership Interests**"): (a) approving the Bidding Procedures pursuant to which the Debtor will solicit and select the highest and otherwise best offer for the Sale; (b) scheduling and conducting an auction (the "**Auction**"), if necessary; (c) approving the form and manner of notice of the Sale; and (d) scheduling a hearing (the "**Sale Hearing**") to approve the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2020, the Court entered an order [D.I. 48] (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which are attached as **Exhibit 1** to the Bidding Procedures Order and established the key dates and deadlines related to the Sale and the Auction.

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2020, in accordance with the Bidding Procedures Order, the Debtor filed the *Notice of Proposed Sale, Bidding Procedures, Auction and Sale Hearing* [D.I. 49], which set forth, among other things, (a) the deadline to submit a Qualified Bid as December 16, 2020 at 5:00 p.m. (prevailing Eastern Time) (the "**Qualified Bid**

---

[1] The Debtor was formerly known as Interface Preferred Holdings, Inc. The last four digits of the Debtor's federal tax identification number are (6677) and the Debtor's corporate headquarters and service address is 3773 Corporate Center Dr., Earth City, MO 63045.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to those terms in the Bidding Procedures Motion.

RLF1 24481848v.1

**Deadline**") and (b) the date of the Auction, scheduled for 10:00 a.m. (prevailing Eastern Time) on December 21, 2020.

   **PLEASE TAKE FURTHER NOTICE** that, that the Debtor did not receive any Qualified Bids for the Membership Interests by the Qualified Bid Deadline (other than the Qualified Bid of the Stalking Horse Bidder). Therefore, in accordance with the Bidding Procedures and the Bidding Procedures Order, the Debtor has designated the Stalking Horse Bidder as the Successful Bidder and the Stalking Horse Bid as the Successful Bid.

> **ACCORDINGLY, THE DEBTOR HAS CANCELLED THE AUCTION AND WILL NOT CONDUCT AN AUCTION FOR THE MEMBERSHIP INTERESTS.**

   **PLEASE TAKE FURTHER NOTICE** that, as previously noticed, the Sale Hearing will be held on **December 28, 2020 at 11:30 a.m. (prevailing Eastern Time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. The hearing will be conducted by video and teleconference, details for which will be provided on the hearing agenda to be filed on the docket. At the Sale Hearing, the Debtor will ask the Court to enter the proposed Sale Order approving the proposed Sale to the Successful Bidder.

   **PLEASE TAKE FURTHER NOTICE** that the deadlines set forth in this notice may be further extended in accordance with the Bidding Procedures Order.

Dated: December 18, 2020
   Wilmington, Delaware

              */s/ Christopher M. De Lillo*
              RICHARDS, LAYTON & FINGER, P.A.
              Paul N. Heath (No. 3704)
              Michael J. Merchant (No. 3854)
              Amanda R. Steele (No. 5530)
              Christopher M. De Lillo (No. 6355)
              One Rodney Square
              920 N. King Street
              Wilmington, DE 19801
              Telephone: (302) 651-7700
              Facsimile: (302) 651-7701
              E-mail:  heath@rlf.com
                   merchant@rlf.com
                   steele@rlf.com
                   delillo@rlf.com

              *Proposed Attorneys for the Debtor and Debtor in Possession*